# PROCEEDING MEMO AND MINUTES OF
# THE CHAPTER 7 §341 MEETING
# DATE <u>05/06/10</u>

IN RE: KELLEY, RENNETTA EVETTE &     CASE NO. 10-10466
        KELLEY, LOYSE

**APPEARANCES**:

     ( X ) DEBTOR 1                              ( X ) DEBTOR 2 (Wife in Joint Cases)
     ( X ) Required picture I.D. produced          ( X ) Required picture I.D. produced
     ( X ) Required SSN verification produced    ( X ) Required SSN verification produced
     (   ) Pay advices received     ***NONE FILED***     (   ) Pay advices received

Credit counseling certificate ( X ) FILED (  ) not filed

Tax returns received for <u> 2009 </u> (years) on <u> 05/06/10 </u>

Financial Documents were (  ) retained by trustee ( X ) returned to debtor(s)

(  ) DEBTOR'S REPRESENTATIVE_____

(  ) ATTORNEY FOR DEBTOR(S): **PRO SE**

(  ) DEBTOR(S) APPEARED PRO SE

        YES (  ) NO (  ) If Pro Se, did anyone assist with preparation?
        YES (  ) NO (  ) If Yes, obtain completed pro se form.

THE MEETING OF CREDITORS WAS:

        ( X )    HELD
                 or
        (  )    NOT HELD
                 or
        (  )    NOT CONCLUDED AND IS CONTINUED TO THE _____ DAY OF _____, 20____,
                 AT _____ O'CLOCK ____.M.

YES (  ) NO (  ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. §329. **PRO SE**

CREDITOR(s) <u>NONE</u>

DEBTOR(s) REQUIRED TO:

(  ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.

( X ) OTHER: <u>Amend Sched Bq4 to itemize by value; Amend Sched C to itemize household furniture & delete one vehicle; Itemized list of how both tax refunds were spent.</u>

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____

ADDITIONAL NOTES:_____
_____

DATED: **05/06/10**                                            TRUSTEE /s/Martin A. Schott

Track #__13__    or    Tape #_____ Side_____ Counter Start #_____