# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | Rennetta Evette Kelley | CASE NO.: 10-10466 |
| | Loyse Kelley | CHAPTER 7 |
| | DEBTORS | |

## ORDER

Considering the court's April 26, 2010 order to show cause issued to Laurie Crilly whose name appears on documents filed in this case as a bankruptcy petition preparer, which the Bankruptcy Noticing Center served on Laurie Crilly by first class United States Mail on April 28, 2010, the record of the case, the failure of Laurie Crilly to appear in response to the order to show cause, and for reasons orally assigned at the May 14, 2010 hearing on the Order to Show Cause,

IT IS ORDERED pursuant to 11 U.S.C. §§110(h)(3)(A) and (B) that all fees the debtors paid to Laurie Crilly are DISALLOWED and that Laurie Crilly is barred from collecting any unpaid fee from the debtors Rennetta Evette Kelly and Loyse Kelley;

IT IS FURTHER ORDERED that Laurie Crilly immediately turn over to the debtors all funds the debtors paid to her that relate in any way to her services as a petition preparer;

IT IS FURTHER ORDERED that the Clerk serve this order on Laurie Crilly, and the debtors by United States Mail, and upon all other parties entitled to notice through the court's Case Management/Electronic Case Filing system.

Baton Rouge, Louisiana, May 19, 2010.

**S/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE